ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, v. SOL TISHLER, Individually and as President of BEDDING, CURTAIN & DRAPERY WORKERS UNION, LOCAL 140, C. I. O., et al., Appellants.— Defendants appeal from an order denying their motion for leave to picket plaintiff's customers with picket signs and leaflets and to carry on related activities for the purpose of inducing purchasers to patronize industries located in New York and to

refrain from purchasing plaintiff's products because they are not made in New York, and to permit defendants to picket plaintiff and plaintiff's products for the purpose of inducing plaintiff to re-employ former employees. (See *Englander Co.* v. *Tishler,* 206 Misc. 224.) Order affirmed, with $50 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur. [See *post,* p. 1104.]